# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSLEY LAJOHN WRIGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS (CA),<br><br>　　　　　Respondent. | Case No. CV 12-1728-JEM<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 6, 2013　　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE